# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES JEFFREY SHAW, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TOMMY SHARP, Warden, )<br>)<br>Respondent. ) | Case No. CIV-16-4-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered March 31, 2016. Doc. No. 17. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of April, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE